> IMPORTANT NOTICE: AFTER ALL PARTIES HAVE SIGNED THIS FORM, E-MAIL IT IN .PDF TO "consent@ned.uscourts.gov." DO NOT ELECTRONICALLY FILE THIS FORM OR SUBMIT IT TO CHAMBERS.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| Daniel Kreikemeier and Norma Kreikemeier, Plaintiffs | ) ) ) Case Number: 8:10 CV252 |
| v. | ) ) CONSENT TO EXERCISE ) OF JURISDICTION BY A ) UNITED STATES MAGISTRATE JUDGE |
| Kansas City Life Insurance Company, Defendant | ) ) |

### CONSENT TO EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the parties in this case hereby voluntarily consent to have a United States magistrate judge conduct any and all further proceedings in the case, including the trial, and order the entry of a final judgment. Any appeal shall be taken to the United States court of appeals for this circuit.

| Signature of Attorney or Party | Name of Party | Date |
|---|---|---|
| [signature] | For Plaintiffs | 11/17/10 |
| [signature] | For Defendant | 11/16/2010 |
| | For | |
| | For | |
| | For | |

SO ORDERED:
11/17/2010
Date

[signature] F Bataillon
Chief District Judge