# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **DANIEL KREIKEMEIER** and **NORMA KREIKEMEIER,** | ) ) ) | |
| Plaintiffs, | ) ) | 8:10CV252 |
| v. | ) ) | ORDER OF DISMISSAL |
| **KANSAS CITY LIFE INSURANCE COMPANY,** a Missouri Corporation, | ) ) ) ) | WITH PREJUDICE |
| Defendant. | ) | |

This matter is before the Court on the parties' Stipulation for Dismissal with Prejudice (Filing No. 82). The parties state the above-captioned action has been compromised and settled and should be dismissed with prejudice to the filing of any future action, each party to pay its own costs. The Court, being fully advised in the premises, finds that an Order should be entered in accordance with said Stipulation.

**IT IS ORDERED** that the stipulation (Filing No. 82) is adopted and the above-captioned action be, and it hereby is, dismissed with prejudice to the filing of any future action, each party to pay its own costs.

DATED this 17th day of January, 2012.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge